# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RANDY C. THOMPSON

## DEFENDANTS
CITY OF ASBURY PARK; CHIEF DAVID KELSO; CAPTAIN JEFFERY WHITE; SERGEANT MICHAEL CASEY; OFFICER JOEL FIORI; JAMES N. BUTLER, JR.; JOHN DOE POLICE OFFICERS 1-10; ABC ENTITIES 1-10

**(b)** County of Residence of First Listed Plaintiff: Monmouth
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Monmouth
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joseph D. Lento, Esquire
LENTO LAW GROUP, P.C.
3000 Atrium Way - Suite 200
Mount Laurel, NJ 08054
(T) (856) 652-2000 | (F) (856) 375-1010

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **42 U.S.C. § 1983**
Brief description of cause: Excessive Force, False Arrest, and other civil rights violations

## VII. REQUESTED IN COMPLAINT:
DEMAND $ **$1,000,000.00**
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 10/12/2022
SIGNATURE OF ATTORNEY OF RECORD: *Joseph D. Lento*