AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-06040-ZNQ-TJB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Captain Jeffery White Asbury Park Police Department</u> was received by me on *(date)* <u>Oct 13, 2022, 3:18 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Officer Warrich</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Captain Jeffery White Asbury Park Police Department</u> on *(date)* <u>Tue, Oct 18 2022</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/20/2022

*Server's signature*

Amy Dalessio

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 18, 2022, 1:04 pm EDT at 1 Municipal Plz, Asbury Park, NJ 07712 received by Officer Warrich. Age: 40; Ethnicity: Hispanic; Gender: Male; Weight: 260; Height: 5'9"; Hair: Brown; Relationship: Authorized Agent;