**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
Anthony P. Seijas, Esq.
aseijas@cgajlaw.com
Attorneys for Defendants, City of Asbury Park, Chief David Kelso, Captain Jeffrey White, Sergeant Michael Casey, Officer Joel Fiori, Asbury Park Municipal Court Prosecutor, James N. Butler, Jr.,

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RANDY C. THOMPSON,<br><br>                              Plaintiff,<br><br>           vs.<br><br>CITY OF ASBURY PARK; CHIEF DAVID KELSO, in his official capacity as Chief of Police of Asbury Park Police Department, CAPTAIN JEFFREY WHITE, in his official capacity as Captain of the Asbury Park Police Department SERGEANT MICHAEL CASEY, in his official capacity as a Police Officer of Asbury Park Police Department, OFFICER JOEL FIORI, in his official capacity as an Asbury Park Police Officer, JAMES N. BUTLER, JR., in his official capacity as Asbury Park Municipal Court Prosecutor, and JOHN DOE POLICE OFFICERS 1-10, | CIVIL ACTION NO. 3:22-cv-06040<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(B)** |

| |
|---|
| fictitious individuals, ABC ENTITIES 1-10, fictitious entities,<br><br>Defendants. |

Application is hereby made for a Clerk's Order extending time within which Defendants, City of Asbury Park, Chief David Kelso, Captain Jeffrey White, Sergeant Michael Casey, Officer Joel Fiori, Asbury Park Municipal Court Prosecutor, James N. Butler, Jr., may answer, move, or otherwise reply to the Complaint filed by the above-captioned Plaintiff. It is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on October 18, 2022; and
3. The time to Answer, move, or otherwise reply expires on November 8, 2022.

        **CLEARY GIACOBBE ALFIERI JACOBS, LLC**
        Attorneys for Defendants

        By: */s/Anthony P. Seijas*
            Anthony P. Seijas, Esq.

Dated: November 9, 2022

So Ordered this 10th day of November, 2022

Hon. Rukhsanah L. Singh, U.S.M.J.