# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

ANTHONY P. SEIJAS, Partner
aseijas@cgajlaw.com

Reply to: Oakland Office

January 24, 2023

**Via ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Thompson v. City of Asbury Park, et al.
    Civil Action No. 3:22-cv-06040

Your Honor:

Kindly be advised that the parties consent to the scheduling conference scheduled for January 30, 2023 in the above matter to take place virtually over ZOOM.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Anthony P. Seijas

Anthony P. Seijas
cc: Samuel D. Jackson, Esq.

So Ordered this 24th day of January, 2023

Hon. Rukhsanah L. Singh, U.S.M.J.

Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com