UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RANDY C. THOMPSON,

Plaintiff,

vs.

CITY OF ASBURY PARK; CHIEF DAVID KELSO, in his official capacity as Chief of Police of Asbury Park Police Department, CAPTAIN JEFFREY WHITE, in his official capacity as Captain of the Asbury Park Police Department SERGEANT MICHAEL CASEY, in his official capacity as a Police Officer of Asbury Park Police Department, OFFICER JOEL FIORI, in his official capacity as an Asbury Park Police Officer, JAMES N. BUTLER, JR., in his official capacity as Asbury Park Municipal Court Prosecutor, and JOHN DOE POLICE OFFICERS 1-10,

Defendants..

CASE NO.: NO.: 3:22-CV-06040

**WITHDRAWAL AND SUBSITUTION OF ATTORNEY**

Samuel D. Jackson, Esquire, of Ratliff Jackson, LLP, hereby withdraws as counsel for plaintiffs, and Soleiman Raie, Esquire, of Lento Law Group, P.C. hereby substitutes as Attorney of record, with regards to the above captioned matter.

LENTO LAW GROUP, P.C.

*signature*

Soleiman Raie, Esquire
*Superseding Attorney*
NJ Attorney ID#: 01857-2006
1814 Route 70 East, Suite 323
Cherry Hill, NJ 08003
(856) 652-2000 (T)
(908) 543-3534 (F)

Dated: 2/19/2025

RATLIFF JACKSON, LLP

*signature*

Samuel D. Jackson, Esquire
*Withdrawing Attorney*
NJ Attorney ID#: 13045-2017
811 Church Road
Cherry Hill, NJ 08002
(856) 344-3808 (T)
(856) 375-1010 (F)

Dated: 2/17/2025