UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY C. THOMPSON, | : |
| *Plaintiff,* | : |
| vs. | : CASE NO.: NO.: 3:22-CV-06040 |
| CITY OF ASBURY PARK; CHIEF DAVID KELSO, in his official capacity as Chief of Police of Asbury Park Police Department, CAPTAIN JEFFREY WHITE, in his official capacity as Captain of the Asbury Park Police Department SERGEANT MICHAEL CASEY, in his official capacity as a Police Officer of Asbury Park Police Department, OFFICER JOEL FIORI, in his official capacity as an Asbury Park Police Officer, JAMES N. BUTLER, JR., in his official capacity as Asbury Park Municipal Court Prosecutor, and JOHN DOE POLICE OFFICERS 1-10, | : **ENTRY OF APPEARANCE** |
| *Defendants..* | |

COMES NOW, Frank R. Schirripa of the Hach, Rose, Schirripa & Rehns LLP and hereby enters his appearance in the above-entitled matter, on behalf of Plaintiff, Randy C. Thompson.

DATED this 9th day of March 2026.

HACH ROSE SCHIRRIPA & REHNS LLP

*/s/ Frank R. Schirripa*_____
Frank R. Schirripa, Esquire
NJ Attorney ID# 032382002
112 Madison Avenue, 10th Floor
New York, NY 10016
fschirripa@hrsclaw.com
212-213-8311 (T)
