# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

ANTHONY P. SEIJAS, Partner
aseijas@cgajlaw.com

**Reply to: Matawan Office**

March 19, 2026

**Via ECF**
Hon Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **Randy Thompson v. City of Asbury Park, et al.**
             **Civil Action No. 3:22-cv-06040**

Dear Judge Singh:

As Your Honor is aware, this office represents Defendants in the above-referenced matter. I write this letter in accordance with Your Honor's February 23, 2026 text order, requiring the parties to submit a joint status letter regarding the status of discovery no later than March 19, 2026.

Plaintiff is now represented in this matter by Frank R. Schirripa, Esq., of Hach, Rose, Schirripa & Rehns LLP. Mr. Schirripa is currently on trial, and will provide dates of availability for Plaintiff's continued deposition to be completed by the end of May.

The parties currently dispute the necessary scope of IA records production. This issue was previously presented to Your Honor by way of letters outlining the positions of the parties on October 2, 2024 (ECF #39) and December 9, 2024 (ECF #40). While depositions have been conducted of the defendant officers, the scope of IA files to be produced remains unresolved.

Due to the need to complete Plaintiff's deposition, and incomplete discovery due to the above-referenced dispute, the parties respectfully request a 60-day extension of discovery and all deadlines in this matter.

We thank Your Honor for your attention to this matter.

Respectfully,

*/s/ Anthony P. Seijas*
Anthony P. Seijas, Esq.
*Attorneys for Defendants*

---

**Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753**
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096

www.cgajlaw.com

*/s/ Lawrence A. Katz*
Lawrence A. Katz, Esq.
*Attorneys for Plaintiff*

CC: via EDF: All Counsel of Record