# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

ANTHONY P. SEIJAS, Partner
aseijas@cgajlaw.com

**Reply to: Matawan Office**

May 18, 2026

**Via ECF**
Hon Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   **Re:** **Randy Thompson v. City of Asbury Park, et al.**
     **Civil Action No. 3:22-cv-06040**

Dear Judge Singh:

   As Your Honor is aware, this office represents Defendants in the above-referenced matter. I write this letter in accordance with Your Honor's April 2, 2026 text order, requiring the parties to submit a joint status letter regarding the status of discovery no later than May 18, 2026.

   This morning, this office received the IA files discussed during our March 24, 2026 status conference. We have informed Mr. Schirripa that said files will be properly redacted, marked as confidential, and produced by close of business on May 22, 2026.

   Plaintiff's continued deposition is currently scheduled for May 28, 2026.

   Due to the continued need to complete Plaintiff's deposition, and forthcoming production of the previously-disputed IA files, the parties respectfully request a 60-day extension of discovery and all deadlines in this matter.

   We thank Your Honor for your attention to this matter.

         Respectfully,

         */s/ Anthony P. Seijas*
         Anthony P. Seijas, Esq.
         *Attorneys for Defendants*

         */s/ Frank R. Schirripa*
         Frank R. Schirripa, Esq.
         *Attorneys for Plaintiff*

CC: via EDF: All Counsel of Record

**Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753**
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096

www.cgajlaw.com