HACH ROSE SCHIRRIPA & REHNS LLP

ATTORNEYS AT LAW

September 8, 2026

**VIA ECF**

Hon. Rukhsanah L. Singh,
United States Magistrate Judge
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: Thompson v. City of Asbury Park, et al., No. 3:22-cv-06040-ZNQ-RLS (D.N.J)**

Dear. Judge Singh:

Your Honor, kindly accept this joint correspondence to notify the Court that the parties have met and conferred to propose the following schedule for expert discovery:

October 16, 2026: Any opening expert reports shall be exchanged.

December 18, 2026: Any responsive expert reports shall be exchanged.

February 19, 2027: Close of expert discovery, any rebuttal reports shall be exchanged.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Frank R. Schirripa*

Frank R. Schirripa

cc: All Counsel of Record (*via* ECF)

112 MADISON AVENUE, • 10TH FLOOR • NEW YORK, N.Y. 10016
TELEPHONE 212.213.8311 • FACSIMILE 212.779.0028 • WWW.HRSRLAW.COM

618 • 247-C