HACH ROSE SCHIRRIPA & REHNS LLP
ATTORNEYS AT LAW

October 13, 2026

**VIA ECF**

Hon. Rukhsanah L. Singh,
United States Magistrate Judge
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: Thompson v. City of Asbury Park, et al., No. 3:22-cv-06040-ZNQ-RLS (D.N.J)**

Dear. Judge Singh:

We represent Plaintiff Randy Thompson in the above-referenced matter. Plaintiff respectfully requests that Your Honor modify the previously So Ordered expert-discovery schedule. See ECF No. 68. Due to a scheduling conflict involving one of Plaintiff's experts, Plaintiff requests a one-month extension to the current schedule. The parties met and conferred and counsel for Defendants consents to this request. Plaintiff proposes the following revised expert-discovery schedule:

November 16, 2026: Any opening expert reports shall be exchanged.

January 15, 2027: Any responsive expert reports shall be exchanged.

March 19, 2027: Close of expert discovery, any rebuttal reports shall be exchanged.

Thank you for your attention to this matter

Respectfully submitted,

*/s/ Frank R. Schirripa*

Frank R. Schirripa

cc: All Counsel of Record (*via* ECF)

112 MADISON AVENUE, • 10TH FLOOR • NEW YORK, N.Y. 10016
TELEPHONE 212.213.8311 • FACSIMILE 212.779.0028 • WWW.HRSRLAW.COM